UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-22394-CIV-MORENO**

EMILIO PINERO,

      Plaintiff,

vs.

STASIO, INC. and KONIG RESTAURANTS
INTERNATIONAL, L.C., agent of PIZZA
HUT,

      Defendants.
_____/

**ORDER OF DISMISSAL AS TO DEFENDANT STASIO, INC.**

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice Against Defendant Stasio, Inc. Only **(D.E. 6)**, filed on **July 2, 2020**. It is

ADJUDGED that in light of the notice, the matter is **DISMISSED** without prejudice as to Defendant Stasio, Inc. *See* FED. R. CIV. P. 41(a)(1)(A)(i).

DONE AND ORDERED in Chambers at Miami, Florida, this 8th of July 2020.

*Federico A. Moreno*
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record