UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:20-cv-22394-FAM

EMILIO PINERO,

    Plaintiff,

v.

STASIO, INC. and KONING RESTAURANTS
INTERNATIONAL, L.C. d/b/a PIZZA HUT

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff Emilio Pinero and the Defendant Koning Restaurants International, L.C., through their respective attorneys, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees.

Respectfully submitted this 1st day of October 2020.

| | |
|---|---|
| **/s/ Lauren N. Wassenberg, Esq.** *(with Permission)* | **/s/Andrew Froman** |
| LAUREN N. WASSENBERG | ANDREW FROMAN, ESQ. |
| Florida Bar No.: 34083 | Florida Bar No.: 0019429 |
| LAUREN N. WASSENBERG & ASSOCIATES, P.A. | FISHER & PHILLIPS LLP |
| 1825 NW Corporation Blvd., Ste. 110 | 101 E. Kennedy Blvd. |
| Boca Raton, Florida 33431 | Suite 2350 |
| Telephone: (561) 571-0656 | Tampa, Florida 33602 |
| Facsímile: (561) 571-0647 | Telephone: (813) 769-7500 |
| Primary Email: WassenbergL@gmail.com | Facsimile: (813) 769-7501 |
| | Email: afroman@fisherphillips.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Koning Restaurants International, L.C.* |

1

**CERTIFICATE OF SERVICE**

I certify that on this 1st day of October 2020, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of the filing to all attorneys of record, including:

Glenn R. Goldstein
150 SE 2nd Ave., Ste. 805
Miami, Florida 33131

Lauren N. Wassenberg
Lauren N. Wassenberg & Associates, P.A.
1825 NW Corporation Blvd., Ste. 110
Boca Raton, Florida 33431

**/s/ Andrew Froman**
Andrew Froman
